LABARGA, J., dissenting.
*676 In Orange County v. Singh , --- So.3d ----, 44 Fla. L. Weekly S102 (Fla. Jan. 4, 2019), this Court held that the Florida Election Code does not expressly preempt the home rule authority of Orange County to determine that its constitutional officers be elected in a general election without partisan affiliation.[6] I concurred in that decision, and I continue to agree with the analysis and conclusion reached by the earlier majority. Accordingly, I dissent from the current majority's holding that the nonpartisan-election portion of the Orange County ordinance is preempted by the Florida Election Code and to the decision of the majority to recall the mandate issued in this case.

We further determined a portion of the ordinance that was inconsistent with the Florida Election Code law was severable, such that the remainder could stand. Singh , --- So.3d at ----, 44 Fla. L. Weekly at S104.